AO 442 (Rev. 11/11) Arrest Warrant

FID9367704

**RECEIVED**
By US Marshals DC District Court at 3:15 pm, Sep 04, 2025

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:25-mj-00206 |
| Devante Gardner | ) Assigned To: Judge Harvey, G. Michael |
|  | ) Assign. Date: 9/4/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Devante Gardner,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year

Date: 09/04/2025

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/04/25, and the person was arrested on *(date)* 09/04/25
at *(city and state)* Washington D.C.

Date: 09/04/25

*Arresting officer's signature*

Kenneth Keh DUSM
*Printed name and title*